IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA M. TEAL, # 305729,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. 20-00026-KD-B |
| | \* |
| **ALABAMA DEPARTMENT OF CORRECTIONS,** *et al.*, | \* |
| | \* |
| | \* |
| Defendants. | \* |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated November 3, 2020 (Doc. 13) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice, prior to service of process, as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 1st day of December 2020.

<u>Kristi K. DuBose</u>
**CHIEF UNITED STATES DISTRICT JUDGE**
