**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JOSHUA M. TEAL, # 305729,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * **CIVIL ACTION NO. 20-00026-KD-B** |
| | * |
| **ALABAMA DEPARTMENT OF** | * |
| **CORRECTIONS, _et al._,** | * |
| | * |
| **Defendants.** | * |

**JUDGMENT**

    In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED**

without prejudice as malicious pursuant to 28 U.S.C. §

1915(e)(2)(B)(i).

    **DONE** this 1st day of December 2020.


                    **Kristi K. DuBose**
                    **CHIEF UNITED STATES DISTRICT JUDGE**